## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rashida Merida Malik | : | |
| | : | |
| v. | : | No. 1408 C.D. 2022 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Transportation, | : | |
| Bureau of Driver Licensing, | : | |
| Appellant | : | |

**PER CURIAM**                                   **O R D E R**

NOW, January 2, 2024, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is DENIED.